

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-8-2013

# USA v. Kendale Hollins

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-1525

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Kendale Hollins" (2013). *2013 Decisions.* Paper 1157.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1157

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1525
_____

UNITED STATES OF AMERICA

v.

KENDALE RAHMEL HOLLINS,
a/k/a BOO,

Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 3-11-cr-00002-001)
District Judge: Honorable Kim R. Gibson

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
December 20, 2012

Before:    McKEE, *Chief Judge*, SLOVITER, and VANASKIE, *Circuit Judges*.


ORDER

        It appears that the opinion filed on March 07, 2013 contained a typographical error
on page 6,  marking subsection "B" as "D".  An amended opinion reflecting the
correction will be issued forthwith.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: March 8, 2013